UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRYSTAL HOWERY, <br><br> Plaintiff-Appellant, <br><br> vs. <br><br> THE BOEING COMPANY, <br><br> Defendant-Appellee. | Case No.: 15-35749 <br><br> PLAINTIFF-APPELLANT'S REPLY TO DEFENDANT-APPELLEE'S OPPOSITION TO PLAINTIFF-APPELLANT'S MOTION FOR STAY OF PROCEEDINGS IN THE DISTRICT COURT |

      Plaintiff-Appellant Crystal Howery hereby respectfully requests the Court of Appeals grant her Emergency Motion for Stay of Proceedings in the District Court.

      The Plaintiff-Appellant denies the the Defendant-Appellee's opposition.

      On 9/21/15, the District Court issued an order allowing the defendant-appellee full access to the plaintiff-appellant's non-work related medical records, including gynecological, mental health, family medical history, and genetic information.

      This Court has jurisdiction over this matter pursuant to the Perlman Exception.

      An aggrieved party may seek immediate review of a district court order requiring a third party to produce evidence or documents. [Perlman v. United States, 247 US 7, 12-13, 38 S.Ct. 417, 419-420 (1918)—immediate appeal by property owner allowed where property in possession of court clerk and it was unlikely clerk would risk contempt on owner's behalf (owner was "powerless to avert the mischief of the order"); SEC v. CMKM Diamonds, Inc., 656 F3d 829, 830-831 (9th Cir. 2011)]

      A third party is not expected to risk contempt in order to protect the interests of the person whose property is ordered to beproduced. [In re Grand Jury Subpoenas Dated Dec. 10, 1987, 926

F2d 847, 853 (9th Cir. 1991); In re National Mortg. Equity Corp., 857 F2d 1238, 1240 (9th Cir. 1988)]

FRCP Rule 45(a)(4) states, "...before it is served on the person to whom it is directed, a notice and a <u>copy of the subpoena</u> must be served on each party." The defendant-appellee did not comply with this rule. Instead of being served with complete copies of the subpoenas, the plaintiff-appellant was served with incomplete drafts of subpoenas, which differed substantially from the actual subpoenas served on the plaintiff-appellant's medical providers. The subpoena drafts served on the plaintiff-appellant contained different addresses, names, no dates, no signatures, out of state destinations, etc.

The plaintiff-appellant was not served with copies of the subpoena forms by the defendant-appellee until several weeks <u>after</u> they were served on her medical providers. Ironically, the defendant-appellee finally served the copies of the subpoena forms on the plaintiff-appellant several hours after being served with copies of the Court of Appeals emergency motion. However, the documents attached to those subpoena forms, which specify the types of information demanded from the plaintiff-appellant's health care providers still have not been served on the plaintiff.

The Federal Rules of Appellate Procedure states that "Reasonable" notice of the motion must be given to all parties. (FRAP 8(a)(2)(C)). The nature of an emergency motion neccesitates very short timelines and, as such, same day notice of the emergency motion is reasonable.

For all of the foregoing reasons, Plaintiff-Appellant Crystal Howery respectfully requests that the Court of Appeals grant her Emergency Motion.

DATED this 28th day of October, 2015.

*Crystal Howery*
Crystal Howery
Pro Se
584 Castro Street
San Francisco, CA 94114
(415) 805-8150

CERTIFICATE OF SERVICE

    I hereby certify that I have caused a copy of the foregoing Plaintiff's Reply to Defendant's Opposition to Plaintiff's Emergency Motion For Stay of Proceedings in District Court; and Certificate of Service to be served on counsel for defendants in this matter in the manner set forth below:

    By electronic service:

SHEEHAN WEISS
FRED BURNSIDE
BORIS GAVIRIA

1201 Third Avenue, Suite 2200
Seattle, WA 98101

Attorneys for Defendant The Boeing Company

DATED this 28th day of October, 2015.

*Crystal Howery*
Crystal Howery
Pro Se
584 Castro Street
San Francisco, CA 94114
(415) 805-8150